```
                                           FILED
                                  CLERK, U.S. DISTRICT COURT

                                      MAY 16 2008

                                  CENTRAL DISTRICT OF CALIFORNIA
                                  BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 08-0345 GW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER OF DETENTION** |
| v. | ) | |
| | ) | **[Fed. R. Crim. P. 32.1(a)(6);** |
| MEGAN KATHLEEN MCSWEENY, | ) | **18 U.S.C. § 3143(a)]** |
| | ) | |
| Defendant. | ) | |

    The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of her pretrial release and the court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: (1) her lack of sufficient bail resources; (2) her absconding from pretrial supervision; and (3) defendant submitted to detention request.

    and/or

B.  ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the

1  community if released under 18 U.S.C. § 3142(b) or (c). This finding is based
2  on:_____
3  _____

4      IT IS THEREFORE ORDERED, without prejudice, that defendant be detained prior to trial.

5      IT IS FURTHER ORDERED that defendant be committed to the custody of the Attorney
6  General for confinement in a corrections facility separate, to the extent practicable, from persons
7  awaiting or serving sentences or being held in custody pending appeal.

8      IT IS FURTHER ORDERED that defendant be afforded a reasonable opportunity for
9  private consultation with counsel.

10     IT IS FURTHER ORDERED that, on order of a Court of the United States or on request
11 of any attorney for the Government, the person in charge of the corrections facility in which
12 defendant is confined shall deliver defendant to a United States marshal for the purpose of an
13 appearance in connection with a court proceeding.

14

15 Dated: _____May 16_____, 2008.

16 _____
17 Fernando M. Olguin
   United States Magistrate Judge